UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL NITTOLO,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.

Civ. Action No. 2:06-cv-194 (KSH)
Crim. Action No. 01-262 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons expressed in the opinion filed herewith,

    **IT IS** on this 20th day of October 2008,

    **ORDERED** that petitioner's motion brought pursuant to 28 U.S.C. §2255 is **denied**; and it is further

    **ORDERED** that petitioner's application for a certificate of appealability is **denied**; and it is further

    **ORDERED** that the Clerk of Court shall mark the within matter closed.

                      /s/ Katharine S. Hayden
                      Katharine S. Hayden, U.S.D.J.

Dated: October 20, 2008